## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

BRIANA BRANNING,

                          Plaintiff,

-vs-                                       Case No. 2:10-cv-552-FtM-29SPC

HOLLYWOODS FAMILY FUN CENTER, INC., a
Florida profit corporation,

                          Defendant.

_____

## ORDER

This matter comes before the Court on the Parties' Joint Motion to Set Aside Clerk's Default (Doc. #13) filed on November 22, 2010. On October 27, 2010, this Court granted Plaintiff's Motion for Clerk's Default for failure to file a responsive pleading and a Clerk's Entry of Default was entered against Hollywoods Family Fun Center, Inc. on October 28, 2010 (Docs. #10, 11). The Parties now jointly move to set aside the entry of Clerk's Default due to a misunderstanding between the Parties. Thus, for good cause shown, the Motion is due to be granted.

Accordingly, it is now

**ORDERED:**

The Parties' Joint Motion to Set Aside Clerk's Default (Doc. #13) is **GRANTED**. The Clerk's Entry of Default entered in this case against Defendant Hollywoods Family Fun Center, Inc. (Doc. #11) is hereby **SET ASIDE**.

Defendant shall have up to and including **December 6, 2010** to file a responsive pleading to Plaintiff's Complaint.

**DONE AND ORDERED** at Fort Myers, Florida, this ____ day of November, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record