UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIANA BRANNING,

                Plaintiff,

-vs-                                    Case No.   2:10-cv-552-FtM-29SPC

HOLLYWOODS FAMILY FUN CENTER, INC., a
Florida profit corporation,

                Defendant.
_____

## ORDER

This matter comes before the Court on the Joint Motion to Strike Defendant's Notice of Offer of Judgment (Doc. # 33) filed on May 13, 2011. Defendant filed its Notice of Offer of Judgment (Doc. # 32) on May 11, 2011. In their Motion to Strike (Doc. # 33), the Parties agree the Notice of Offer of Judgment (Doc. # 32) was erroneously filed with the Court by the Defendant and that it should be stricken. Thus, this motion is now ripe for review.

Federal Rule of Civil Procedure 12(f) provides that the Court may order "any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter" be stricken from a pleading. <u>Harvey v. Home Depot U.S.A., Inc.</u>, 2005 WL 1421170 (M.D. Fla. June 17, 2005).  In evaluating a motion to strike, the court must treat all well pleaded facts as admitted and cannot consider matters beyond the pleadings. <u>Microsoft Corp. v. Jesse's Computers & Repair, Inc.</u>, 211 F.R.D. 681, 683 (M.D. Fla. 2002).  A motion to strike will usually be denied unless the allegations have no possible relation to the controversy and may cause prejudice to one of the parties. <u>Harvey</u>, 2005 WL 1421170 (citing <u>Scelta v. Delicatessen Support Services, Inc</u>., 57 F.

Supp. 2d 1327, 1347 (M.D. Fla. 1997). In this case, the Court finds that both Parties agree the Notice of Offer of Judgment (Doc. # 32) was filed erroneously. Therefore, the Court finds good cause to allow this pleading to be stricken.

Accordingly, it is now

**ORDERED:**

Joint Motion to Strike Defendant's Notice of Offer of Judgment (Doc. #33) is **GRANTED**. The Clerk of Court is Ordered to strike the Notice of Offer of Judgment and remove it from the docket sheet.

**DONE AND ORDERED** at Fort Myers, Florida, this ___21st___ day of July, 2011.

*[signature: Sheri Polster Chappell]*

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record